**David PLANAMENTO**

v.

**WORKERS' COMPENSATION APPEAL BOARD (U.S. AIRWAYS)**

**Petition of: U.S. Airways**

**No. 362 EAL 2016**

Supreme Court of Pennsylvania.

December 14, 2016

## ORDER

PER CURIAM

**AND NOW**, this 14th day of December, 2016, the Cross Petition for Allowance of

Appeal and the Application for Supersedeas are **DENIED**.